JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Kerrie Mick ;
**County of Residence:** Outside This District

**Defendant(s):**
First Listed Defendant:
Jerry Ramos ;
**County of Residence:** Outside This District

Additional Defendants(s):
Robert Smock ;
John Patterson ;
Garrett Brown ;
David Parker ;
Jeffrey Parton ;
Porter Hensen ;
Wade Wilken ;
Larry King ;
Charlie Dawson ;
Samuel Woolsey ;
Jason Keough ;
Bob Gray ;
Harold Allison ;
Randy Simms ;
Ben Becerra ;
Wes Raines ;

**County Where Claim For Relief Arose:** Clinton County

**Plaintiff's Attorney(s):**
Brian Klopfenstein (Kerrie Mick)

215 S. Platte Clay Way, Suite B
Kareney, Missouri 64060
**Phone:** 816-628-2800
**Fax:** 816-628-2802
**Email:**

**Defendant's Attorney(s):**
Steven F. Coronado (Jerry Ramos)
Coronado Katz LLC
14 W Third Street, Suite 200
Kansas City, Missouri 64105
**Phone:** 816-410-6600
**Fax:** 816-337-3892
**Email:** steve@coronadokatz.com

David Baker (Wes Raines)
Fisher, Patterson, Sayler & Smith, LLP
51 Corporate Woods, Suite 300 9393 W. 110th Street
Overland Park, Kansas 66210
**Phone:** 913-339-6757

Fax: 913-339-6187
Email: dbaker@fisherpatterson.com

John Lightner (Wes Raines)
Baird, Lightner, Millsap & Harpool, P.C.
1901-C South Ventura Avenue
Springfield, Missouri 65804
**Phone:** 417-887-0133
**Fax:** 417-887-8740
**Email:** johnl@blmhpc.com

Peter Maharry (Wes Raines)
Fisher, Patterson, Sayler & Smith, LLP
51 Corporate Woods, Suite 300 9393 W. 110th Street
Overland Park, Kansas 66210
**Phone:** 913-339-6757
**Fax:** 913-339-6187
**Email:** pmaharry@fisherpatterson.com

Emily Shook (Wes Raines)
Baird, Lightner, Millsap & Harpool, P.C.
1901-C South Ventura Avenue
Springfield, Missouri 65804
**Phone:** 417-887-0133
**Fax:** 417-887-8740
**Email:** emilys@blmhpc.com

Christopher Heigele (Wes Raines)
Coronado Katz LLC
14 W Third Street, Suite 200
Kansas City, Missouri 64105
**Phone:** 816-410-6600
**Fax:** 816-337-3892
**Email:** chris@coronadokatz.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 2. Removed From State Court
    **State Removal County:** Clinton County
    **State Removal Case Number:** 14CN-CV00119
**Nature of Suit:** 440 All Other Civil Rights
**Cause of Action:** 42 U.S.C. 1983
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):** in excess of 25
    **Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Steven F. Coronado

**Date:** March 28, 2014

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.



Andy Rizzo
Paralegal

816.410.6530
andy@coronadokatz.com

14 West Third Street
Suite 200
Kansas City, Missouri
64105

816.410.6600
816.337.3892 fax

www.coronadokatz.com

March 28, 2014

Dear Clerk,

Below are the Caption and Certificate of Service showing which defendants are represented by which attorneys in the Kerrie Gene Mick v. Jerry Ramos, et al matter..
Thank you.

| | |
|---|---|
| Brian J. Klopfenstein  MBN 33722<br>215 S. Platte Clay Way, Suite B<br>P.O. Box 897<br>Kearney, Missouri 64060-0897<br>Phone: (816) 628-2800<br>Fax: (816) 628-2802<br>ATTORNEY FOR PLAINTIFF | Steven F. Coronado           MBN 36392<br>Christopher L. Heigele      MBN 45733<br>14 W. Third Street, Suite 200<br>Kansas City, Missouri 64105<br>Telephone: 816-410-6600<br>Facsimile:   816-337-3892<br>Email: steve@coronadokatz.com<br>            chris@coronadokatz.com<br>ATTORNEYS FOR DEFENDANTS<br>JERRY RAMOS AND ROBERT SMOCK |
| John Lightner<br>Emily Shook<br>Baird, Lightner, Millsap & Harpool, P.C.<br>1901-C South Ventura Avenue<br>Springfield, Missouri 65804<br>Phone: (417) 887-0133<br>Fax: (417) 887-8740<br>johnl@blmhpc.com<br>emilys@blmhpc.com<br>ATTORNEYS FOR DEFENDANTS<br>OFFICER SAMUEL WOOLSEY,<br>OFFICER JASON KEOUGH, BOB GRAY, HAROLD ALLISON, RANDY SIMMS, SHERIFF BEN BECERRA, SHERIFF WES RAINES, | David Baker<br>Peter Maharry<br>Fisher, Patterson, Sayler & Smith, LLP<br>51 Corporate Woods, Suite 300<br>9393 W. 110th Street<br>Overland Park, Kansas 66210<br>Phone: (913) 339-6757<br>Fax: (913) 339-6187<br>dbaker@fisherpatterson.com<br>pmaharry@fisherpatterson.com<br>ATTORNEYS FOR DEFENDANTS<br>JOHN PATTERSON, GARRETT BROWN, DAVID PARKER, JEFFREY PARTON, SHERIFF PORTER HENSEN, WADE WILKEN, LARRY KING, CHARLIE DAWSON |